UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EUGENE SCALIA,<br>United States Secretary of Labor,<br><br>              Plaintiff,<br><br>              v.<br><br>RELIANCE TRUST COMPANY and<br>BRADFORD HAMMACHER GROUP, INC.<br>EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>              Defendants. | Civil Action No. 1:19-cv-02725 |

**NOTICE OF SETTLEMENT AND STIPULATION TO ENTRY OF ORDER**

The parties hereto through their respective counsel of record hereby notify the Court that the Secretary of Labor and Defendant Reliance Trust Company have reached a Settlement Agreement to settle and dispose of all claims in this case. The Settlement Agreement resolves this matter in its entirety with respect to all Defendants, including the Bradford Hammacher Group, Inc. Employee Stock Ownership Plan, the Rule 19(a) Defendant. The parties hereto further request that the Court should enter the proposed Order filed concurrently herewith (attached hereto as Exhibit 1), which seeks dismissal of this action with prejudice and without costs.

**It Is So Stipulated.**

                                                                                       **FOR THE SECRETARY:**

                                                                                       KATE S. O'SCANNLAIN
                                                                                       Solicitor of Labor

                                                                                       G. WILLIAM SCOTT
                                                                                       Associate Solicitor

Plan Benefits Security Division

GLENN M. LOOS
Counsel for Litigation

 /s/ Wayne R. Berry
WAYNE R. BERRY
NDIL Bar # 429661
DC Bar # 429661
Senior Trial Attorney

STEPHANIE B. BITTO
ISIDRO MARISCAL
Trial Attorneys
United States Department of Labor
Office of the Solicitor
Plan Benefits Security Division
P.O. Box 1914
Washington, D.C.  20013
Berry.Wayne@dol.gov
Direct: (202) 693-5585
Facsimile: (202) 693-5610

Attorneys for Plaintiff, Eugene Scalia, Secretary of Labor, United States Department of Labor

**FOR RELIANCE TRUST COMPANY:**

  /s/ Theodore M. Becker
Theodore M. Becker, Esq.
MCDERMOTT, WILL & EMERY, LLP
444 West Lake Street, Suite 4000
Chicago, Illinois 60606-0029
tbecker@mwe.com
(312) 984-6934

## CERTIFICATE OF SERVICE

I hereby certify that, on December 20, 2019, I caused a true and correct copy of the foregoing to be filed electronically using the Court's CM/ECF system and to thereby be served upon on all registered participants identified in the Notice of Electronic Filing in this matter on this date.

Dated: December 20, 2019

Respectfully submitted,

/s/ *Wayne R. Berry*
WAYNE R. BERRY
NDIL Bar # 429661
DC Bar # 429661
Senior Trial Attorney
United States Department of Labor
Office of the Solicitor
Plan Benefits Security Division
P.O. Box 1914
Washington, D.C. 20013
Berry.Wayne@dol.gov
Direct: (202) 693-5585
Facsimile: (202) 693-5610

Attorney for Plaintiff, Eugene Scalia,
  Secretary of Labor, United States
  Department of Labor